■ ABDO N. FADEL, Respondent, v SCOTTSDALE INSURANCE COMPANY, Appellant. (Appeal No. 1.) [673 NYS2d 343] —Appeal

from order insofar as it denied summary judgment unanimously dismissed (*see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985) and order affirmed without costs. (Appeal from Order of Supreme Court, Erie County, Mahoney, J.—Summary Judgment.) Present—Denman, P. J., Pine, Wisner, Callahan and Fallon, JJ.